UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE:<br><br>JAMES B. IRVING AND,<br>ELAINE M. IRVING<br>DEBTORS | CHAPTER 13<br>CASE NO. 09-14361-MWV |

**ORDER**

Upon consideration of the Motion for Order Admitting Herbert Weinberg and Patrick J. Martin to Practice Pro Hac Vice and good cause appearing therefor,

it is hereby ordered that Herbert Weinberg and Patrick J. Martin may appear pro hac vice to represent James B. Irving and Elaine M. Irving in this bankruptcy case.

Dated: November 25, 2009

/s/ Mark W. Vaughn
United States Bankruptcy Judge