PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-8346

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW HAMPSHIRE (MANCHESTER)

| | |
|---|---|
| In re | Bk. No. 09-14361-MWV |
| James B. Irving and Elaine M. Irving | Chapter 13 |
| Debtors. / | REQUEST FOR SPECIAL NOTICE |

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant BAC Home Loans Servicing, LP, its assignees and/or successors in interest, is entitled to service or notice, also be sent to the agent for BAC Home Loans Servicing, LP, its assignees and/or successors in interest, addressed as follows:

PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Dated: December 14, 2009     By /s/ Dean R. Prober
                              DEAN R. PROBER, ESQ., CA BAR # 106207
                              As Agent for BAC Home Loans Servicing, LP

1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Tina Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On December 14, 2009, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

James B. Irving
Elaine M. Irving
65 Hampton Meadows
Hampton, NH. 03842
Debtors

Herbert Weinberg, Esquire
Law Offices of Herbert Weinberg
805 Turnpike Road, Suite #201
North Andover, MA 01845
Attorney for Debtors

Lawrence P. Sumski
1000 Elm Street, 10th Floor
Manchester, NH 03101
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 14, 2009, at Woodland Hills, California.

/s/ Tina Gaboyan
Tina Gaboyan