```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF NEW HAMPSHIRE
```

In re:
**James & Elaine Irving,**               CASE NO. 09-14361-MWV
          Debtors.                       CHAPTER 13

**SunTrust Mortgage, Inc.**
          Movant.
v.

**James & Elaine Irving,**               HEARING: 3/16/10 AT
          Respondents.                                 8:30 AM

### RESPONSE OF TRUSTEE TO MOTION FOR RELIEF FROM STAY
(SunTrust Mortgage, Inc.)

NOW COMES, Lawrence P. Sumski, Trustee in Bankruptcy ("trustee"), and states as follows:

a) That should it appear appropriate after a hearing by the Court on its merits, he does not object to the granting of the Motion for Relief from Stay of SunTrust Mortgage, Inc.

b) That the Plan in the above-named case has not been confirmed; a total of 3 payments are due as of the date of this response and 2 payments have been received.

```
                              LAWRENCE P. SUMSKI
                              TRUSTEE
                              /s/ Lawrence P. Sumski
                              Lawrence P. Sumski
                              Chapter 13 Trustee
                              1000 Elm Street, Suite 1002
                              Manchester, NH  03101
                              (603) 626-8899
                              ID# BNH01460
```

Dated: February 19, 2010

CERTIFICATE OF SERVICE

I, Lawrence P. Sumski, hereby certify that on this 19th day of February, 2010 I caused a copy of the foregoing Response of Trustee to Motion for Relief from Stay to be served electronically to Attorney Rian Vernon, AUST Geraldine Karonis and debtors' attorney.

/s/ Lawrence P. Sumski
Lawrence P. Sumski